1  STEVEN W. MYHRE
   Acting United States Attorney
2  Nevada Bar No. 9635
   CHRISTOPHER BURTON
3  Assistant United States Attorney
   Nevada Bar No. 12940
4  District of Nevada
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Christopher.Burton4@usdoj.gov

7  *Representing the United States of America*

8
                   **UNITED STATES DISTRICT COURT**
9                        **DISTRICT OF NEVADA**

10
    United States of America,
11                                              Case No. 2:17-MJ-00686-CWH
            Plaintiff,
12                                              **UNOPPOSED MOTION TO UNSEAL**
            v.                                  **SEARCH WARRANT**
13
    JACK HENRY LEFTLEY,
14
            Defendant.
15

16

17  **CERTIFICATION:  This Motion is timely filed.**

18         The parties, by and through the undersigned, respectfully request that the

19  Court unseal the following search and seizure warrants that were issued as part of

20  the investigation in this case. The parties are seeking to unseal the warrants so that

21  both parties can have complete copies of the warrants.

22         The case number of the search and seizure warrants the parties are seeking

23  to unseal are: 2:17-mj-00660-VCF and 2:17-mj-00687-CWH.

1     The warrant filed in case 2:17-mj-00660-VCF, which was filed on June 19, 2017, is captioned: "In the matter of the search of 3150 South Nellis Boulevard apartment 2136 City of Las Vegas, County of Clark, State of Nevada." The warrant filed in case 2:17-mj-00687-CWH, which was filed on June 30, 2017, is captioned: "In the matter of the search of 3150 South Nellis Boulevard apartment 2136 City of Las Vegas County of Clark, State of Nevada."

**DATED** this __12th__ day of __September__, 2017.

    Respectfully,

    STEVEN W. MYHRE
    Acting United States Attorney

    //s//
    _____
    CHRISTOPHER BURTON
    Assistant United States Attorney

    For the Defense:

    //s//
    _____
    REBECCA LEVY
    Attorney for JACK HENRY LEFTLEY

**IT IS SO ORDERED:**

_____      9/14/2017
United States Magistrate Judge         _____
                                                  Date