# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:18-cr-00064-RFB-VCF |
| vs. | **ORDER** |
| JACK HENRY LEFTLEY, | |
| Defendant. | |

Before the Court is the Government's Motion to Strike Defendant's Notice of Assertion of Right to be Present in Court Unshackled. (ECF No 10).

Under LCR 47-3, the failure of an opposing party to include points and authorities in response to any motion constitutes a consent to granting the motion. No opposition has been filed.

Accordingly,

IT IS HEREBY ORDERED that the Government's Motion to Strike Defendant's Notice of Assertion of Right to be Present in Court Unshackled. (ECF No 10) is GRANTED.

DATED this 9th day of March, 2018.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE