1  DAYLE ELIESON
   United States Attorney
2  CHRISTOPHER BURTON
   Assistant United States Attorney
3  Nevada Bar No. 12940
   District of Nevada
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   Christopher.Burton4@usdoj.gov
6
   *Representing the United States of America*
7

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:18-cr-00064-RFB-VCF |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO UNSEAL SEARCH WARRANT** |
| JACK HENRY LEFTLEY, | |
| Defendant. | |

**CERTIFICATION:** This Motion is timely filed.

The parties, by and through the undersigned, respectfully request that the Court unseal the following search and seizure warrant that was issued as part of the investigation in this case. The parties are seeking to unseal the warrant so that the Government can produce the search warrant and accompanying documents to the Defendant as discovery.

1 | The parties are requesting to unseal the warrant filed in case 2:18-cr-00064-RAB-VCF, and currently docketed as ECF No. 32. The specified search and seizure warrant was filed on March 19, 2018, and is captioned: "In the matter of the search of Information and Records Associated with the Hotmail E-mail Account useme321@hotmail.com."

**DATED** this 9th day of April, 2018.

Respectfully,

DAYLE ELIESON
United States Attorney

//s//
_____
CHRISTOPHER BURTON
Assistant United States Attorney

For the Defense:

//s//
_____
REBECCA LEVY
Attorney for JACK HENRY LEFTLEY

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

April 10, 2018
_____
Date